DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANCE ALLEN CORFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff-Appellee,*<br><br>　　v.<br><br>LANCE ALLEN CORFIELD,<br><br>　　　　　*Defendant-Appellant.* | No. 1:06-cr-0238 AWI<br><br>Related: No. 1:06-cr-0240 OWW<br><br>DEFENDANT-APPELLANT'S MOTION TO EXTEND TIME FOR FILING OPENING BRIEF, WITH ORDER THEREON |

　　　　Defendant-Appellant Lance Allen Corfield hereby moves this court for an order extending the time for filing his Opening Brief, from August 2, 2006,[1] to September 13, 2006, to avoid unnecessary duplication of effort. The government does not oppose an extension.

　　　　This is an interlocutory appeal challenging a challenging a shackling order by the magistrate judge at initial appearance. Counsel for Mr. Corfield believes that because he is charged with a felony, that there is doubtful jurisdiction for this interlocutory appeal to a district judge. Therefore on July 5, 2006, he also filed a motion for reconsideration by the district court of magistrate judge's ruling. Case number 1:06-cr-

---

[1] The original briefing schedule stated that the appellant's brief shall be filed within 21 days after filing of the appropriate transcripts. Dkt. 25. Transcripts were filed July 12, 2006, so the deadline for filing would be August 2, 2006. Dkt. 27 and 28.

0240 AWI, in the process of being reassigned to Judge Oliver W. Wanger at the time this motion was drafted. On July 14, 2006, Judge Wanger granted the government's request for extension of time in which to respond to Mr. Corfield's motion for reconsideration of magistrate judge's ruling. The time was extended to August 2, 2006. Dkt. 40.

Dated: July 19, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Marc C. Ament
MARC C. AMENT
Assistant Federal Defender
Attorney for Defendant
LANCE ALLEN CORFIELD

**ORDER**

IT IS SO ORDERED. Appellant's Brief shall be served and filed on or before September 13, 2006. Appellee's Brief shall be served and filed within twenty-one (21) days after the filing and service of appellant's brief.

IT IS SO ORDERED.

**Dated:   July 24, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE