1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LANCE ALLEN CORFIELD

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )   No. 1:06-cr-0238 AWI
12              Plaintiff-Appellee,    )
                                       )   (Related: No. 1:06-cr-0240 OWW)
13      v.                             )
                                       )
14 LANCE ALLEN CORFIELD,               )   DEFENDANT-APPELLANT'S MOTION TO
                                       )   DISMISS APPEAL AND ORDER THEREON
15              Defendant-Appellant.   )
                                       )
16 _____ )

17

18              **Motion to Dismiss and Consent Thereto**

19       Defendant-Appellant Lance Allen Corfield hereby moves this court for an order dismissing his

20 interlocutory appeal of the denial of his motion to unshackle defendant at initial appearance, and for

21 evidentiary hearing related thereto, by Magistrate Judge Lawrence J. O'Neill, on June 29, 2006.

22       On July 5, 2006, Mr. Corfield filed a Request for Reconsideration by the District Court of

23 Magistrate Judge's Ruling related to the same issue, and that case is pending before District Judge Oliver

24 W. Wanger, in case number 1:06-cr-0240 OWW of this court.

25 ///

26 ///

27 ///

28 ///

| | |
|---|---|
| Dated: September 12, 2006 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Appellant-Defendant<br>LANCE ALLEN CORFIELD |

I hereby consent to this motion for dismissal of my interlocutory appeal as stated above.

Date: September 12, 2006

                                        /s/  Lance Allen Corfield
                                        LANCE ALLEN CORFIELD
                                        Appellant-Defendant

**ORDER**

IT IS SO ORDERED.  The interlocutory appeal of the denial of Lance Allen Corfield's motion to unshackle defendant at initial appearance, and for evidentiary hearing related thereto, by Magistrate Judge Lawrence J. O'Neill, on  June 29, 2006, is hereby dismissed.

IT IS SO ORDERED.

**Dated:     September 13, 2006**          /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE